IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JUAN DORADO,** | ) CASE: 12cv137 |
| **MICHAEL MARKZON,** | ) |
| **BRIAN GORSKI,** | ) JUDGE SHADUR |
| **BRAD MICKEY,** | ) MAG. JUDGE KIM |
| **MICHAEL ZHUK,** | ) |
| **JANE KLEIN,** | ) |
| **GARY SOLOMON,** | ) |
| **ERIC SCATTON,** | ) |
| **GARY BUCHHEIM,** | ) |
| **ROBERT EISENBERG,** | ) |
| **KENNETH MERCADO,** | ) |
| **CHARLES HOLDEN,** | ) |
|     **PLAINTIFFS,** | ) |
|     v. | ) |
| **BALLY TOTAL FITNESS HOLDING CORP.,** | ) |
| **L.A. FITNESS INTERNATIONAL, LLC ("LAF"),** | ) |
|     **DEFENDANTS.** | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), on this 30th day of January 2012, Plaintiffs, through counsel, hereby give notice of the dismissal without prejudice of the above captioned matter.

Respectfully Submitted, January 30, 2012
s\Christopher Cooper and Robert Holstein, Counsel for Plaintiffs
Law Office of Christopher Cooper, INC.
500 N. Michigan Avenue, Suite 1514, Chicago, IL 60611 or
3620 W. 80th Lane, Merrillville, IN 46410
T: 312 371 6752 or 219 228 4396 F: 866 334 7458 cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE: The undersigned affirms that he filed the foregoing on ECF on January 30, 2012 and the defendants are registered e-filers**.** s\Christopher C. Cooper